## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADELA MENDOZA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  24-2536** |
| | : | |
| **DIETZ & WATSON, INC.** | : | |

## ORDER

**AND NOW**, this 18th day of February 2026, upon considering defendant's motion for summary judgment (DI 20), plaintiff's opposition (DI 22), defendant's reply (DI 23), plaintiff's sur-reply (DI 25), and for reasons in the accompanying memorandum, it is **ORDERED**:

1.      Defendant's motion for summary judgment (DI 20) is **GRANTED**.

2.      The Clerk of Court shall **close** this case.


_____
**MURPHY, J.**